

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00118-CR

---

MICHAEL CLAY HARLAMERT                                               APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Michael Clay Harlamert attempts to appeal from his conviction for possession of less than one gram of methamphetamine. Harlamert pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced him to ten months' confinement in state jail. The trial court's certification of his right to appeal states that this case "is a plea-bargain case,

---

[1]*See* Tex. R. App. P. 47.4.

and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). Additionally, Harlamert signed a waiver of his right to appeal.

On March 19, 2012, we notified Harlamert that this appeal may be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before March 29, 2012, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f). We received no response.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 17, 2012